**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAMES R. POPE,

     Plaintiff,

                                     Case No. 3:23-cv-572-TJC-JBT

v.

FEDERAL INSURANCE COMPANY, a
Foreign Profit Corporation,

     Defendant.

_____

## O R D E R

     Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 27),

filed on April 29, 2024, this case is dismissed with prejudice. Each party shall bear

its own attorneys' fees and costs. The Clerk should close the file.

     **DONE AND ORDERED** in Jacksonville, Florida, this 1st day of May, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record